G. BRYAN PINION, CSBN: 96793
LAW OFFICE OF G. BRYAN PINION
1233 W. Shaw Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 225-2510
Facsimile: (559) 225-2389
E-mail: gbryanpinion@aol.com

Attorney for Defendants,



FILED
MAY 11 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ACOSTA,

    Plaintiff,

vs.

MARIO CASTELAN ORTEGA dba CASTELAN'S TIRE SHOP, GENE L. WEBSTER, CHIARA WEBSTER,

    Defendants.

Case No.: 1:18-CV-00436-DAD-EPG

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME TO FILE DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

    Plaintiff, Jose Acosta, by and through his counsel of record, and Defendants, MARIO CASTELAN ORTEGA dba CASTELAN'S TIRE SHOP, GENE L. WEBSTER, and CHIARA WEBSTER, by and through their counsel of record, hereby stipulate as follows:

    1.    By this stipulation, Plaintiff now moves to continue the filing of the Defendant's Answer until May 25, 2018.

IT IS SO STIPULATED.

Dated: May __8__, 2018       /s/Zachary M. Best
                             ZACHARY M. BEST, Attorney
                             For Plaintiff, Jose Acosta

Dated: May __8__, 2018       _____
                             G. BRYAN PINION
                             Attorney for Defendants, MARIO
                             CASTELAN ORTEGA dba
                             CASTELAN'S TIRE SHOP, GENE L.
                             WEBSTER, CHIARA WEBSTER

## ORDER

**IT IS ORDERED** that the Defendant's Answer to Plaintiff's Complaint currently scheduled to be filed on or before May 1, 2018, is continued to **May 25, 2018**.

IT IS SO ORDERED.

Dated: May __11__, 2018